170 A.3d 293

**COVERDALE, Lawrence A.**

v.

**STATE of Maryland**

**Pet. Docket No. 186, Sept. Term, 2017**

Court of Appeals of Maryland.

September 22, 2017

Opinion of the Court of Special Appeals unreported (No. 797, Sept.Term, 2016).

Petition for writ of certiorari denied

170 A.3d 293

**CROPPER, Clarence William**

v.

**STATE of Maryland**

**Pet. Docket No. 204, Sept. Term, 2017**

Court of Appeals of Maryland.

September 22, 2017

Opinion of the Court of Special Appeals unreported (No. 995, Sept.Term, 2016).

Petition for writ of certiorari denied